UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEAN EDWARD KELLY                                                   CIVIL ACTION

VERSUS                                                                       NO. 15-3383

WARDEN SANDY McCAIN                                          SECTION "G" (2)

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the claims of Dean Edward Kelly are **DISMISSED WITH PREJUDICE** for failure to prosecute.

**NEW ORLEANS, LOUISIANA,** this __5th__ day of January, 2016.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**